IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIBREEL LEWIS** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 16-4930** |
| | : | |
| **THE COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |

## ORDER

AND NOW, this 14th day of December 2016, upon consideration of Plaintiff's Complaint (ECF Doc. No. 6) and his motion to proceed *in forma pauperis* (ECF Doc. No. 1), and for reasons in the accompanying Memorandum, it is **ORDERED**:

    1.    Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

    2.    Plaintiff's Complaint (ECF Doc. No. 6) is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) without leave to amend as futile; and,

    3.    The Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**